**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 43 MM 2017
:
Respondent :
:
:
v. :
:
:
STEVEN ERIC SEMPLE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Application for Extraordinary Relief is **DENIED.**